# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| GENERAL STAR INDEMNITY COMPANY and LANDMARK AMERICAN INSURANCE COMPANY as subrogees of Marathon Management Inc., <br><br> Plaintiffs, <br><br> v. <br><br> BRANDON VENSKE; JOSHUA VENSKE; and NEWELL BRANDS, INC., <br><br> Defendants. | Case No. 24-CV-791 (NEB/DJF) <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION |

The Court has received the Report and Recommendation of United States Magistrate Judge Dulce J. Foster. (ECF No. 13.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 13) is ACCEPTED;

2. The action is DISMISSED WITHOUT PREJUDICE against all Defendants pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

2

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: July 26, 2024                                    BY THE COURT:

                                                        s/Nancy E. Brasel
                                                        Nancy E. Brasel
                                                        United States District Judge


2